IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH GREGORY LASTER,
    Plaintiff,

vs.                       5:06cv243/MCR/MD

SGT. L. MOORE, et al.,
    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 16, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's second amended complaint against defendants Moore, Hollford, Whitfield, Mitchell, White and Mayo is dismissed for his failure to exhaust his administrative remedies.

DONE AND ORDERED this 20th day of August, 2007.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**